**Opinion issued June 5, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00975-CV**

———————————

**IN RE RYAN DIGIOVANNI, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Ryan DiGiovanni, filed a petition for writ of mandamus challenging the trial court's October 3, 2024 "Order Granting Motion to Decline Jurisdiction Based on Inconvenient Forum and Motion to Stay Proceedings."[1] Relator requested that this Court "grant th[e] petition for writ of mandamus and hold that the trial court

---

[1] The underlying case is *In the Interest of A.J.D. a Minor Child*, Cause No. 2024-14760, in the 308th District Court of Harris County, Texas, the Honorable Gloria Lopez presiding.

clearly abused its discretion in staying part or all of this case, and [that] [r]elator lacks an adequate remedy by appeal."

We conclude that relator has failed to establish he is entitled to mandamus relief, and therefore the Court denies relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.